# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Chandrawattie Ikhiede, | 2:16-cv-02283-JAD-CWH |
| Plaintiff | **Order Adopting Report and Recommendation** |
| v. | [ECF Nos. 9, 14, 15] |
| Nancy A. Berryhill,[1] Acting Commissioner of Social Security Administration, | |
| Defendant | |

When plaintiff Chandrawattie Ikhiede was denied Social Security Disability Insurance and Supplemental Social Security benefits three times—twice by the Social Security Administration (SSA) and once by an administrative law judge (ALJ)—and the SSA Appeals Council denied review of the ALJ's decision, she filed this appeal. Ilkhiede moved for an order reversing the ALJ's decision or, alternatively, remanding the case back to the ALJ.[2] The government filed a cross motion for summary judgment and opposed Ilkhiede's motion to reverse or remand.[3]

After reviewing both parties' motions, Magistrate Judge Hoffman recommends that I deny Ilhiede's motion, grant the government's cross motion, and affirm the ALJ's decision.[4] Judge Hoffman issued his recommendation on October 16, 2017, making October 30, 2017, the deadline to file objections. That deadline has passed, and no one has objected. "[N]o review is

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security, and under Rule 25(d) of the Federal Rules of Civil Procedure, she has been substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (2012).

[2] ECF No. 9.

[3] ECF No. 14.

[4] ECF No. 15.

required of a magistrate judge's report and recommendation unless objections are filed."[5] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Hoffman's report and recommendation **[ECF No. 15] is ACCEPTED and ADOPTED**. Ikhiede's motion to remand **[ECF No. 9] is DENIED** and the government's cross motion to affirm **[ECF No. 14] is GRANTED.** The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

DATED: November 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).